# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL RIGHTS AS TO: B. A., A MINOR CHILD.

No. 82386

BETHANY A.,
                          Appellant,

vs.

BRANDON A.,
                          Respondent.

**FILED**

MAY 1 3 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Younes
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Dixie Grossman, District Judge
       Jennifer S. Anderson
       Brandon A.
       Washoe District Court Clerk

21-13828